IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**DARIUS F. QUEEN**
    Plaintiff

vs.

**LT. H.D. WARD**
    Defendant

Civil Action No WDQ 02-3885

******

## ORDER

IT IS HEREBY ORDERED, this 6th day of November, 2003, that Paul S. Caiola, Gallagher Evelius and Jones, LLP, 218 North Charles St., Ste. 400, Baltimore, MD 21201, (410)727-7702, be appointed to represent Plaintiff in the above-captioned civil action, without compensation, except as allowed by any applicable statute. The Clerk is directed to enter the appearance of Counsel

_____
William D. Quarles, Jr.
United States District Judge