IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARIUS F. QUEEN, #305-181                    *

    Plaintiff                                    *     Civil Action No. 1:02-cv-03885-WDQ

v.                                           *

H. D. WARD                                   *

    Defendant                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

On this _____ day of _____, 2004, it is hereby ORDERED that:

1. the Consent Motion to Extend Deadlines in Scheduling Order IS GRANTED; and

2. the deadlines in the November 6, 2003 Scheduling Order ARE EXTENDED as follows:

    a. the deadline for discovery is extended until June 8, 2004;

    b. the deadline for a status report is extended until June 8, 2004;

    c. the motions deadline is extended until July 8, 2004; and

    d. the pretrial conference is scheduled for _____, 2004.

_____
William D. Quarles, Jr.
United States District Judge

cc:   Counsel of Record

# 237694 PSC
011852-0001