**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DARIUS F. QUEEN, #305181 | * | |
| Plaintiff, | * | |
| v. | * | Civil No. WDQ-02-3885 |
| H.D. WARD | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO DEPOSE PRISONER**

Defendant, Lt. Ward, by his attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Phillip M. Pickus, Assistant Attorney General, moves pursuant to Federal Rule of Civil Procedure 30(a)(2) for leave of Court to take the deposition of Darius F. Queen, #305181, an inmate of the Eastern Correctional Institution, on August 19, 2004 and/or August 20, 2004 beginning at 10:00 am.

The attorney for the plaintiff (Paul S. Caiola) has agreed to this deposition and this schedule. The Director of the Eastern Correctional Institution has authorized this deposition at these dates and time. This inmate is likely to be called as a witness in this case by the plaintiff.

Wherefore, the defendant respectfully requests that this Court issue an order permitting the taking of the deposition of inmate Queen.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland


_____/s/_____
Phillip M. Pickus
Bar No. 22814
Assistant Attorney General
St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6429
Fax (410) 576-6880

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARIUS F. QUEEN, #305181 | * |
| Plaintiff, | * |
| v. | *   Civil No. WDQ-02-3885 |
| H.D. WARD | * |
| | * |
| Defendant. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

On motion of the Defendant, pursuant to FRCP 30(a)(2), leave of Court is this \_\_\_\_\_ day of _____ 2004, hereby granted to take the deposition of Darius F. Queen, inmate of the Eastern Correctional Institution .

_____
Judge