IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS F. QUEEN # 305-181, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. WDQ-02-3885 |
| H.D. WARD | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND DISCOVERY

Defendant, H.D. Ward, by his attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Phillip M. Pickus, Assistant Attorney General, move to extend the deadlines for discovery and the filing of a status report, and states:

1. By Order dated May 25, 2004, this Court extended the deadline for discovery and a status report to September 8, 2004.

2. On August 19, 2004 counsel for both parties traveled to the Eastern Correctional Institution (ECI) to conduct four depositions. Due to time constraints, only three of the four depositions were concluded.

3. The only date agreeable for all parties for the fourth and final deposition is September 9, 2004.

4. Accordingly, Defendant respectfully requests that the deadlines for discovery and a status report be extended to September 16, 2004.

5.     Counsel in not requesting any change as to the remaining deadlines in the Court's Scheduling Order.

6.     Counsel for plaintiff, Paul S. Caiola, Esq., agrees and consents to this request.

Respectfully submitted

J. JOSEPH CURRAN
Attorney General of Maryland


_____/s/_____
PHILLIP M. PICKUS
Assistant Attorney General
Bar No. 22814

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6429

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS F. QUEEN # 305-181, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. WDQ-02-3885 |
| H.D. WARD | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

_____On this _____ day of _____, 2004, it is hereby ORDERED that:

1. the Consent Motion to Extend Deadlines in Scheduling Order is GRANTED and;

2. the deadlines in the November 6, 2003 Scheduling Order are EXTENDED as follows:

   a. the deadline for discovery is extended to September 16, 2004;

   b. the deadline for a status report is extended to September 16, 2004;

   c. the deadline for motions remains October 8, 2004

_____
Judge William D. Quarles, Jr.
United States District Judge