NAME: DARIUS F QUEEN     DOC#: 305-181
H.U. #: 1-C-38-B     DATE: 12-28-01

Request - Please Be Specific: I AM iN 38 And would like to move to 45 because me And my celly Are Not geting Along from the time I moved iN, He has told me that there will be trouble unless I more out. THiNk 4u    Darius F Queen

STAFF REPLY: NO MOVE

Staff Signature: _____    Date: _____

ECI Form 110-12-0cR

Ex 1