IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARIUS F. QUEEN, #305-181 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 1:02-cv-03885-WDQ |
| | * | |
| H. D. WARD | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION
TO EXTEND DEADLINE FOR RESPONDING TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Having considered Plaintiff's Consent Motion to Extend the Deadline for Responding to Defendant's Motion for Summary Judgment,

It IS HEREBY ORDERED that:

1. the Consent Motion to Extend the Deadline for Responding to Defendant's Motion for Summary Judgment IS GRANTED; and

2. the deadline for Plaintiff to file a responsive pleading to Defendant's Motion for Summary Judgment is extended to, and including, December 7, 2004.

Dated: _____

                                                William D. Quarles, Jr.
                                              United States District Judge

cc:   Counsel of Record

\# 260553 CEYLER
011852-0001