J. JOSEPH CURRAN, JR.
**Attorney General**

Ppickus@oag.state.md.us

E-MAIL



DONNA HILL STATON
MAUREEN M. DOVE
Deputy Attorneys General

(410) 576-6880

TELECOPIER NO.

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

(410) 576-6429

WRITER'S DIRECT DIAL NO.

December 2, 2004

The Honorable William D. Quarles
United States District Court for
  the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

                    Re:    Darius F. Queen v. H.D. Ward
                             Civil No. WDQ-02-3885

Dear Judge Quarles:

      There is currently a pre-trial conference scheduled in the above-captioned case on Thursday, December 9, 2004. At this time, however, there is still a pending dispositive motion. Defendant has filed a Motion to Dismiss or, in the alternative, a Motion for Summary Judgment. Plaintiff's deadline for responding to this Motion is December 7, 2004. Both parties have discussed this matter and believe it is in everyone's best interest to postpone the pre-trial conference until after the Motion has been ruled upon. Both parties would respectfully request, therefore, that the pre-trial hearing be rescheduled to an agreeable date after the motion has been ruled up.

                                                        Very truly yours,

_____/s/_____                                    _____/s/_____
Paul S. Caiola                                       Phillip M. Pickus
Kevin P. Sullivan                                Assistant Attorney General
Gallagher, Evelius & Jones LLP

200 Saint Paul Place ♦ Baltimore, Maryland 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023 ♦ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ♦ Homebuilders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf: (410) 576-6372
www.oag.state.md.us