**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DARIUS F. QUEEN, #305-181       *

                                *

                                *

       Plaintiff                   *

                                *

           v.                     *     Civil Action No. 1:02-cv-03885-WDQ

                                *

H. D. WARD                     *

                                *

       Defendant           *

                                *

*     *     *     *     *     *     *     *     *     *     *     *     *

**CONSENT MOTION TO EXTEND DEADLINE FOR RESPONDING**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Darius F. Queen, #305-181, through his undersigned counsel, hereby moves to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss Or, In the Alternative, Motion for Summary Judgment (the "Motion"), and states as follows:

1. The initial deadline for Plaintiff to file a responsive pleading to the Motion was November 23, 2004. On November 19, 2004, Plaintiff filed a Consent Motion to Extend Deadline for Responding to Defendant's Motion for Summary Judgment to December 7, 2004, which was granted by this Court.

2. When Plaintiff initially asked Defendant's counsel for an extension of time to respond to the Motion, Defendant's counsel agreed to a one-month extension.

3. Plaintiff initially thought that a two-week extension would be sufficient to permit Plaintiff properly to respond to the Motion; however, it now appears that Plaintiff needs an additional two weeks to thoroughly address the issues raised in the Motion.

4. Therefore, Plaintiff requests that the deadline for Plaintiff to respond to the Motion be extended to, and including, December 21, 2004.

# 261638 KPS
011852-0001

5. Plaintiff's counsel has discussed this matter with counsel for Defendant Ward, who consents to the extension requested in this Motion.

Respectfully submitted,

_____/s/_____
Paul S. Caiola
Kevin P. Sullivan
Gallagher Evelius & Jones LLC
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702

Attorneys for Plaintiff Darius F. Queen, #305-181

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2004, a copy of the foregoing Consent Motion to Extend Deadline For Responding To Defendant's Motion For Summary Judgment was mailed by first-class mail, postage prepaid to:

Phillip M. Pickus, Esq.
Office of the Attorney General
200 St. Paul Place, 19th floor
Baltimore, Maryland 21202

_____/s/_____
Paul S. Caiola