IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARIUS F. QUEEN, #305-181 | * |
| | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Civil Action No. 1:02-cv-03885-WDQ |
| | * |
| H. D. WARD | * |
| | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION
TO EXTEND DEADLINE FOR RESPONDING TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Having considered Plaintiff's Consent Motion to Extend the Deadline for Responding to Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED that:

1. the Consent Motion to Extend the Deadline for Responding to Defendant's Motion for Summary Judgment IS GRANTED; and

2. the deadline for Plaintiff to file a responsive pleading to Defendant's Motion for Summary Judgment is further extended to, and including, December 21, 2004.


Dated: _____                    _____
                                        William D. Quarles, Jr.
                                        United States District Judge

cc:    Counsel of Record



# 261659 CEYLER
011852-0001