

# INMATE HEARING RECORD
(Hearing Officer Decision)

Name: __Barnes, Kevin__  #: __238-776__  Date of Violation: __1-12-02__

**HEARING OFFICER DECISION:** ☐ Dismissed    ☐ Incident Report. Rule: _____

☐ Informal Disposition. Sanction: _____

Not Guilty of: _____   Guilty of: __102__

Reason for Decision (state evidence weighed and findings): _____

```
      H/O accepts report of Lt. Ward, photos of victim showing
clear injuries, written statement of victim as well as his
testimony and matter of record of C/O Schaufort to fully support
the above rule violation.  Testimony of inmate Queen was
especially compelling and Queen did have obvious injuries which
tended to corroborate his allegations.  Defense offered by
subject in no way made H/O doubt the validity of the charges
by Queen.  His witnesses likewise were unpersuasive.  H/O finds
subject did in fact assault inmate Queen as reports indicate
and ergo violate the above rule.
```

**SANCTIONS IMPOSED:** Matrix Adjustment History: __Good__   Effective Date: __1/12/02__

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|------|----------|-----------|---------|-------|------------|
| 102  | I        | 90        | ✗       |       | ✗          |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |
|      |          |           |         |       |            |

SEG = Segregation    CR = Cell Restriction    CC = Concurrent    CS = Consecutive    GCC = Good Conduct Credits

☐ Override: Reasons: _____

☐ Other Sanctions: _____

HEARING OFFICER OF RECORD:         Date: __1/16/02__

Print Name and Sign: __Sandstrom__

DC Form 105-5c (Rev. Nov. 1997)

EXHIBIT 4



Appendix 1 to DCD 105-5

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

Inmate Name: **BARNES, KEVIN**   ID#: **238-776**   Institution: **ECI**   Housing: **4A-15B**

Date of Violation: **01/12/02**   Time of Violation: **2:45 PM**

Reported facts: ON 01/13/02 I LT. WARD INTERVIEWED INMATE QUEEN, DARIUS # 305-161 ABOUT AN ALTERCATION THAT OCCURRED ON 1/12/02 IN THE REC HALL ON 'C' TIER IN HU#1. INMATE QUEEN STATED THAT HE WAS PLAYING CARDS IN THE UPPER REC HALL WITH SEVERAL FRIENDS. HE THEN STATED THAT INMATE BARNES, KEVIN # 238-776 WALKED UP ON HIM AND PUNCHED HIM IN THE FACE. HE ALSO SAID THAT INMATE BARNES HAD A SILVER OBJECT IN THE HAND HE PUNCHED HIM WITH. THEN HE STATED THAT HE GOT UP FROM THE TABLE WHEN INMATE JENKINS, JOHN # 290-869 WALKED UP AND HIT ME IN THE SIDE OF THE HEAD AND WALKED OFF. THEN HE STAD THAT INMATE COLLINS, EVYON # 289-558 HIT ME IN THE HEAD AND WALKED AWAY. HE STATED I WENT DOWN TO THE LOWER REC HALL AND WASHED OFF AND ASKED OFC. PEDERSON TO LOCK IN. OFC. PEDERSON THEN ASKED ME WHAT HAD HAPPENED TO ME AND I TOLD HIM THAT I HAD FALLEN IN THE SHOWER. THEN I TOLD HIM WHAT HAD HAPPENED WITH THE OTHER INMATES. INMATES BARNES AND JENKINS WERE I.D WHILE ON THE TIER AND INMATE COLLINS WAS I.D. BY HIS DOC ID CARD. INMATE BARNES WAS POSITIVELY IDENTIFIED BY HIS DOC ID CARD.

Recommended charges: **102**

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.
Reporting Person: **D Ward Lt** (Print Name and Title)   Signature: **D. Ward**   Date: **1/13/02**

**Supervisory Review:** I have reviewed the report above and take the following action:
1. Rule Violation(s) Charged (see the reverse of this form): **102**

2. Action Taken:   ☑ Administrative Segregation   ☑ Formal Hearing   ☐ Incident Report   ☐ Informal Disposition (state below)
Comments: **Inmates Actions Warrant Formal Hearing**

Reviewing Person: **M. Howe Captain** (Print Name and Title)   Signature: **M. Howe**   Date: **1-13-02**

**Informal Disposition Service:** If "Informal Disposition" is checked above, your signature below indicates the acceptance of the sanction offered.

Inmate's Signature: ___   ID#: **N/A**   Date: ___

**Formal Hearing Service:**
1. *24 hour notice:* Prior to hearing, you are entitled to 24 hours from the time of receipt of this notice to prepare a defense and upon appearance before the hearing officer, a failure to notify the hearing officer shall be deemed a waiver of right.
2. *Representation:* You may be permitted to have representation by an inmate in the general population of this institution if you indicate their name. A failure to list your representative by name shall be deemed a waiver of the right to have representation.

Name of Representative: **ROLAND JEETER 1-A-1**

3. *Witnesses:* You may be permitted to call witnesses if you indicate their name(s). Such witness(es) may include the reporting person. A failure to list your witnesses by name shall be deemed a waiver of the right to call witnesses.

Name(s) of Witness(es): **CRAWFORD, TERRANCE 1-CA1**
**GREEN, GLENN 1-C36**

Inmate's Signature: **X Kevin Barnes**   ID#: **238-776**   Date: **1/13/02**
Notice Served By: **J Monkey COII** (Print Name and Title)   Signature: ___   Date: **1/13/02**   Time: **3³⁰**

☐ Inmate Refused to sign for copy   ☑ Inmate ID checked   ☑ Copy of Notice given to inmate

Appeal: You may appeal any guilty finding and/or sanction imposed within 3 calendar days of your hearing in writing to the warden.
Distribution:   White Copy – Base File   Yellow Copy – Inmate   Pink Copy – Institution
DC Form 105-5aR (Revised November 1999)

```
P/N                             OBSCIS OFFENDER FUNCTION              PAGE:     1
                                MAINTAIN INFRACTIONS DATA             DATE: 01/13/02
                                                                      TIME: 16:19
DOC #: 238776 BARNES                   KEVIN            LEON

ACTION                  :   ___
INFRACTION DATE/TIME:   06 27 2001 / 20 07    INMATE SERVED: 06 28 2001 / 19 20
INSTITUTION             :   ECI    EASTERN CORR IN   SCHEDULED HEARING: 06 29 2001
RULES CHARGED           :   405 ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
                            ___ ___ ___ ___ ___     ENTERED BY: JOYNER P
INFORMAL DISPOSITION:   OFFERED _   ACCEPTED BY INMATE _   WITNESS REQUESTED _
HEARING DATE/TIME       :   __ __ ____ / __ __
DISPOSITION             :   GUILTY _   NOT GUILTY _   DISMISSED _   REDUCE TO INCIDENT _
GUILTY OF RULES         :   ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
                            ___ ___ ___ ___ ___     ENTERED BY:
SANCTION IMPOSED        :   SEG 0020 DAYS FR    07 05 2001   RELEASE DATE 07 24 2001
CELL REST/SEG FLAG      :   C COMMENTS: PER LT GALLAGHER
                            _____
DIM REVOKED                 GCC  0000 DAYS SPC ____ DAYS   HO NAME:   ___
WARDENS ACTION          :   AFFIRMED _ REDUCED _ NEW PROC ORDERED _ DATE __ __ ____
DATE ENTERED            :   07/06/01       ENTERED BY: REDDEN C
EXPUNGED                :   _ DATE __ __ ____   COMMENT: _____
         * INMATE HAS +1765 GCC AND +237 SPC AVAILABLE **(+2002)**
```

MARYLAND DIVISION OF CORRECTION
EASTERN CORRECTIONAL INSTITUTION
STATEMENT OF INMATE

NAME: Darius F Queen           DOC NUMBER: 305-181
DATE OF STATEMENT: 1-12-02
TIME OF STATEMENT: 3:00 pm
STATEMENT: I was seting playing cards when I was hit to side of my face. I got up and tried to defend myself but there were two other guys also. The one that hit me to the face had some kind of wapon in his hands. The othe two guys hit me also as I was trying to walk away. My celly was the one who hit me while I was seting down.

THE ABOVE STATEMENT WAS GIVEN VOLUNTARILY, AND IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

_Darius F Queen_           1-12-02
INMATE'S SIGNATURE          DATE:

_Sgt. R. Johnson_
WITNESS
_Ofc. K. White_
WITNESS

# EASTERN CORRECTIONAL INSTITUTION
## NOTICE OF INCIDENT/MATTER OF RECORD    (Circle One)

TIME: 1520 A.M./P.M.    DATE: 1/12/02

SECTION OR AREA OF INSTITUTION WHERE OCCURRED: H/u 1

CONTRABAND DISCOVERY/SEIZURE: NA

IF SO, DISPOSITION OF THE CONTRABAND: NA

FACTS: 1500- Queen, Darius 305181 escorted to dispensary via custody, following alleged 10/10. I/m was assessed & treated for injuries sustain during altercation. I/m was medically cleared to return to housing unit. Respectfully submitted. —Truett R.

SHIFT: 7-3    REPORTING OFFICER: Truett R. (signature)    POST: West dispensary

SUPERVISOR: (signature)    DATE: 1/12/02

ACTION TAKEN: _____

CC: Assistant Warden, Security Chief

## EASTERN CORRECTIONAL INSTITUTION
### NOTICE OF INCIDENT / (MATTER OF RECORD) (Circle One)

TIME: 2:45 approx. A.M. (P.M.)   DATE: 1/12/02

SECTION OR AREA OF INSTITUTION WHERE OCCURRED: H/U1 C Tier

CONTRABAND DISCOVERY / SEIZURE: n/a

IF SO, DISPOSITION OF THE CONTRABAND: n/a

FACTS: On 1/12/02 at approximately 2:45 pm I observed Ofc. Pedersen at his slider with inmate Queen, Darius #305-181. Ofc. Pedersen advised me of a possible fight on C tier in the dayroom. I then observed inmate Queen with blood coming from his upper lip. Ofc. Pedersen said inmate Queen said he fell in the shower. Ofc. Pedersen escorted inmate Queen to his cell to change so he could escort him to medical. I exited the control center and went to C-38 where inmate Queen resides. I then asked inmate Queen who did this and he advised me his cell buddy Barnes, Kevin #238-776 reached across the table and cut him with a knife-like object. While escorted him off the tier he advised me there were several others involved. As we passed the dayroom inmate Queen looked in the dayroom and advised me that two inmates standing in the upper dayroom with red shirts were also involved. I asked him if it was the two inmates standing together and he advised me "yes". The two inmates he referred to were Jones, Eric #234-984 K15 and Jenkins, John #290-869. I then asked inmate Queen if he was sure and he stated to me "yes"

SHIFT: 8-4   REPORTING OFFICER: E. Schaufert /s/ E. Schaufert   POST: H/U1

SUPERVISOR: /s/ HDW   DATE: 1/12/02

ACTION TAKEN: _____

CC: Assistant Warden, Security Chief
    File

## Maryland Division of Correction
### INMATE HEARING RECORD

Name: **Barnes, Kevin**   #: **238-776**   Date of Violation: **1-12-02**

### I. PRELIMINARY MATTERS

Date of Appearance: **1/16/02**   Time: **10:30**   AM/PM

☐ Inmate refused to appear. See attached waiver.   ☐ Postponement. See reverse for explanation.

Inmate Representation: ☐ No   ☒ Yes Name: **Roland Juba**

☐ Denied. Reason: _____

Inmate Witnesses:   ☐ No   ☒ Yes Name(s): **Glenn Green, Eric Jones, Darius Queen**

☐ Denied. Reason: **Rep/ We only need Green as a witness & Jones**

Plea:   ☒ Not Guilty   ☐ No Plea   ☐ Guilty

### II. EVIDENTIARY MATTERS   Hearing Date: **1/16/02**

Institutional Presentation (List):
**NOI (Ward)**
**Written statement of Queen**
**MOR (Schaefort)**
**photos**

(See reverse for continuation of hearing record)

DC Form 105-5cR (Rev. Nov. 1997)   Page 1 of _____




1-12-02
Queen Darius 305/181
1C-38

1-12-02
Queen Darius 305/181
1C-38

Queen, Darius #305-181
1C-38  1/2/02
Lt. Lowe

1-12-02
Queen Darius - 305181
1-C-38



1-12-02
Queen Darius 305181
1-C-38



1-12-02
Queen Darius 305-181
1C 38

Queen, Darius # 305-181
1-C-38   1/12/02
1t Howe



## Maryland Division of Correction
## Review by Warden

4A-15B

Inmate Name: **BARNES, KEVIN**  DOC #: **238-776**  Date of Violation: **1-12-02**
Rule Violations: **102 Guilty rec'd 90 days seg from**

I.  **Warden's Review:**

I have reviewed the attached hearing officer's decision and I have taken the following action:

☑ Affirm the hearing officer's decision and sanctions.
☐ The sanction(s) are modified (see section II).

**Remand:**
☐ for clarification of the record (see section II).
☐ by order of the Commissioner, Secretary of Public Safety, or Court (see sections II and IV).
☐ for a new hearing (see sections II and IV).

_____   1/21/02
Warden's Signature                 Date

II. **Comments:** _____

III. **Receipt of Warden's Review:**
Inmate's Signature: *Kevin Barnes*   Date: **1-22-02**
Served by: _____   Title: **COII**   Date: **1-22-02**   Time: **758** AM/**PM**

IV. **Request for Inmate Representation and Witnesses for Remanded Hearing:**
Prior to a hearing, you are entitled to 24 hours from time of receipt of this notice to prepare a defense. You may be premitted to have representation by an inmate in general population of this institution and call witnesses at the hearing **if you request them below.** Such witnesses may include the reporting person. Failure to request representation or witnesses below at the time of service will be deemed a waiver of the right to representation or witnesses. You may appeal any guilty finding and/or sanction to the warden within 3 days of your hearing.

Representative: _____

Witnesses: _____

DC Form 105-5d (Rev. Nov. 1997)

Distribution:  White Copy - Base File   Yellow copy - Inmate