# DIVISION OF CORRECTION
## INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION(S) MARYLAND, RECEPTION DIAGNOSTIC & CLASSIFICATION CENTER

NAME BARNES, KEVIN                NUMBER 238776

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 12/24/94 | NEW | SEE SECTION I |
| 3/1/94 | | ADDICTIONS TESTING — MASI — N/y FOR SUBSTANCE ABUSE  V.E. |
| 3-10-94 | | REVIEWED FOR ADMISSIONS SUMMARY: PSI, NCIC, SCCRB, MD RAP, OB II.  -HR |
| | | SP. ED. PROTOCOL DATE COMPLETED 3-10-94  INITS. HR |
| " | | Inmate asks to be housed at ECI. "Too many friends in Hagerstown." HR |
| " | | Eddie Smith, now at City Detention Center, per inmate, will have reason to fear Barnes. Smith testified against him. HR |
| " | | Agt. Goldschmidt, P&P, 333-4440, confirms pending V.O.P. in cases 29070034, 5; 1 count of theft over $300, 6 yrs. susp. -HR |

*RECORDER SIGN NAME OR INITIAL AT ID OF ENTRY.

EXHIBIT 5

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 3/14/94 | | Initial classification to ANYMED + A was advised.   JM |
| 3/16/94 | | Transfer to ECI. |
| 3/18/94 | Traffic | Received at ECI. Unassn. Orient.                                    tmc |
| 3/23/94 | 1st Class | 1. Transfer from Unassn. Orient. to GL/Sanitation.<br>2. Place on academic school waiting list. Scores: 2/28/94 R-7.7; M-6.5 (2/24/94).                                                          Warden approved<br>3. Retain Med. Sec. 4. Inmate advised of recomm.   3/23/94.     tmc |
| 3/30/94 | Referral Form | College form completed and sent to Ed. Dept. RR. |
| 3/24/94 | Job Chg. | GL San. Vlw |
| 10/24/94 | Reclass | 1. Transfer from GL/San. to Commissary.<br>2. Retain Med. Sec. 3. Inmate advised.  Asst. Warden approved 10/26/9  tmc |
| 10/26/94 | Job Chg. | Commissary Vlw |
| 3/20/95 | OBJ | 1. No change-remain Med. Sec.<br>2. Remain assigned to commissary.<br>3. Inmate notified of team's recomm.<br>         Warden designee approved 3/20/95.                tmc |
| 12/12/95 | Adjustment | Ticket dated 12/12/95.  Guilty of rule #1-- wrongful killing, assault, battery or fighting. 60dys. seg. 60 dys GCT lost.     (bjs) |
| 1/10/96 | Seg Review | Administrative Action.  No Change - Remain on Disp Seg. Rule #1 infraction.      Jones/Brynan |

* RECORDER SIGN NAME OR INITIAL AT END OF ENTRY.
DC Form 100-2 (June 73)

# DIVISION OF CORRECTION
## INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION(S) _____ECI_____

NAME _____BARNES, Kevin_____   NUMBER __238776__

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 1/23/96 | Seg. Rev. | 1) Remain on Disp. Seg.<br>2) Inmate notified of Classification Reclass VIA Institutional Mail<br>(Refused to appear.)<br>APPROVED BY WARDEN ON 1/25/96. (kp) |
| 02/08/96 | job chg | Unassigned; 02/07/96 — [sig] |
| 2/14/96 | Reclass | 1. Transfer from Unassigned to JB/San.<br>2. Replace on school waiting list.<br>APPROVED BY THE ASST. WARDEN 2/14/96.    clp |
| 2/20/96 | job chg | JB San; 2/14/96 — [sig] |
| 4/4/96 | SSC | Detainer placed on March 21, 1996 by Baltimore City Sheriff for Case #291270034. tc |
| 4/4/96 | Obj. Class | 1. No change retain medium security.<br>APPROVED BY THE WARDEN 4/4/96.    clp |
| 4/9/96 | 96 Hr. Rev. | 1) Remain on Admin. Seg. PI/PA.<br>APPROVED BY WARDEN ON 4/10/96. (kp) |
| 4/9/96 | Adjustment | Ticket dated: 4/5/96 - Found guilty of Rule 4) Making or possession of any weapon or any other Article which has been modified into a weapon Rule 18) Possession of, passing or receiving contraband, regardless of the place of occurrence. 90 days segregation from 4/5/96. Lose 90 days GCT. tc |
| 4/10/96 | Traffic | Assigned Segregation /rc |
| 4/30/96 | Seg Review | Administrative Action. No Change - Remain on Disp Seg. Serious rule violation.   Fritz/Bozman |

*RECORDER SIGN NAME OR INITIAL AT ___ OF ENTRY.

# DIVISION OF CORRECTION
## INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION(S): ECI

NAME: BARNES, Kevin   NUMBER: 238776

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 6/12/97 | Reclass | 1) Transfer from PM School to JB Sanitation effective 7/12/96. (kp) *Approved by Warden on 6/17/97. RA.* |
| 11/6/97 | Parole Summary | *Completed this date for 1/98 admin review. [signature] CCMSII* |
| 12/5/97 | Adjustment | Ticket dated 12/3/97. Guilty 1 (Wrongful killing, assault, battery or fighting) Seg. 60 days form 12/3/97. tb |
| 12/12/97 | NVR | *Screening form needs to be disposed/k. Screening form checks for him HITSC Back MAP on h* |
| 12/31/97 | NVR | *Segregation review (Administrative) Current/Dorm — remain on Disp. Seg. null 1 violation [signature]* |
| 1/20/98 | Seg. Rev. | 1) Transfer from Disp. Seg. to ECI "G" Population JB Dietary. 2) Do not house with Antwan Grissett #240054. DISAPPROVED BY WARDEN ON 1/21/98. (kp) |
| 2-25-98 | Interview | *Discussed parole dec (Admin Review) - sched at E/rig 3-2001 - △ signed Program Elig Screening Form - Not currently Elig MAP/NP/BC/HQ Co-op [initials]* |
| 3-23-98 | Phone call | *from Ted, [illegible] (410)566-9677 [illegible] to call [illegible] surgery for their child @ [illegible] HL [initials]* |

*RECORDER SIGN NAME OR INITIAL AT [END] OF ENTRY.
DC Form 100-2 (June 77)

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| ?-?-? | Interview | Reviewed obj class w/ I/M - No change [illegible] |
| 4-6-98 | [illegible] | Checked Screens 3 & 13 / Screening form needs to be signed by counselor [illegible] |
| 4/6/98 | Objective | No change - Remain medium security. APPVD. by AW ----bjs. |
| 4/20/98 | Reclass | Transfer from Unassigned to JB Dietary. APPVD. by AW ----bjs. |
| 7/01/98 | A. Move | Dietary, - eff. 7/02/98 - bjs |
| 4-22-99 | CM Review | Sheet completed. DB |
| 4-22-99 | Interview | Reviewed Obj class - No change [illegible] |
| 4/28/99 | Objective | No change, Remain medium security. APPVD. by DESIGNEE----bjs. |
| 12/30/99 | INFORMAL DISPOSITION | Date of Violation: 12/23/99. 10 Days Cell Restriction from 12/23/99 E. passwate[r] |
| 4-21-00 | | Program Eligibility Screening form updated. Wilkerson ccnsr |
| 4-26-00 | | Interview with inmate. Screens 17 and 9 PAIRS Screens copies given to inmate. Reviewed and completed Annual Objective PARB Review. Wilkerson ccnsr |

* RECORDER SIGN NAME OR INITIAL AT END OF ENTRY.
DC Form 100-2 (June 73)

DIVISION OF CORRECTION
INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION(S): Eastern Correctional

NAME: Kevin Barnes    NUMBER: 238-776

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 5/5/00 | Objective | 1. Remain assigned to Dietary.<br>2. Retain Medium security.<br>3. No change recommended.--APPVD. by DESIGNEE--B.Smiley |
| 10/19/00 | INFORMAL DISPOSITION | Date of VIolation: 10/18/00.  Charged with Rule #406(Possessing, passing or receiving contraband).  5 Days Cell Restriction from 10/18/0[0]<br>E. Passwaters |
| 3-26-01 | Pre-Parole | Summary completed. Wilkinson, CCMSII |
| 3-28-01 | Parole Hearing | Held. Present: H.O. Rolle, CM Wilkinson, and inmate. 3 yrs commitment copy faxed to H.O. Rolle. Recommendation: Rehear 3/2003 - continues training no infractions. Wilkinson, CCMSII  Inmate interested in Drafting Shop. Wilkinson CCMSII |
| 4-2-01 | | Interview with inmate. Update Persons Eligibility Screening Form Reviewed and signed by inmate. Inmate Reviewed WCI Evaluation form. Annual Objective Review completed with inmate. Inmate is accepted for Drafting WCI. He hopes to fulfill his job in Dietary and begin shop in 2002. Wilkinson CCMSII |

* RECORDER SIGN NAME OR INITIAL AT [END] OF ENTRY.

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 4/10/01 | Screened | 03+13 screens checked – ok. Does not appear to have to give DNA at this time. Program elig. screening sheet completed. [signature] |
| 4/16/01 | Objective | 1. Remain assigned to Dietary.<br>2. Remain Medium security.---APPVD. by DESIGNEEm 4/13--B. Smiley. |
| 6/28/01 | [handwritten] | Shop referral made for the 2nd time. Wilkinson CCMSA |
| 7/2/01 | Custodial Move | To Drafting WL; eff. 7/3/01 – B.Smiley |
| 7/16/01 | INFORMAL DISPOSITION | Date of Violation: 6/27/01.   Charged with Rule#405(Disrespect).<br>20 Days Cell Restriction from 7/5/01 per Lt. Gallagher.<br>E. passwaters |
| 8/6/01 | Job Change | Voc. Drafting    T. Cheesman |
| 8/24/01 | [crossed out] | [crossed out] |
| 1-25-02 | ADJUSTMENT | Date of Violation 1-12-02. Guilty of rules 102-VIOLENCE TOWARDS INMATE Given 90 days seg. AW AFFIRMED 1-21-02.    JSW |
| 2/5/02 | Seg Review | Admin. Action. No change. Remain on Disp. Seg.<br>Rule(s) # 102 . 90 days seg. From 1/12/02<br>Comments: Cpt. Ink Bozman [signature]<br>Inmate advised of seg. review results: 2/12/02 |
| 2/12/02 | Screened | 03+13 Screens checked – ok. [signature]<br>Admin. Action. No change. Remain on Disp. Seg.<br>Rule(s) # 102 . 90 days seg. From 01/12/02<br>Comments: Assault    Bozman / Cooper<br>Inmate advised of seg. review results: 02/05/02    M.Cooper |

* RECORDER SIGN NAME OR INITIAL AT END OF ENTRY.
DC Form 100-2 (June 73)

## DIVISION OF CORRECTION
## INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION _____ ECI _____

NAME __BARNES, Kevin__    NUMBER __238776__

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 4-11-02 | Traffic | 1. Transfer from Disp. Seg. to ECI "G" Pop. Unassgined. Warden approved on 4-11-02. Inmate notifeid. lw |
| 5-13-02 | Traffic | Transfer from Unassi. to Ad. Seg. PA/S.A. Eff. 5-10-02.lw |
| 5/17/02 | Traffic | Transfer from ad. seg. to unassigned, eff. 5/13/02. b s. |
| 5-21-02 | Traffic | Transfer from Unassi. to Disc. Seg. Eff. 5-20-02.lw |
| 5-24-02 | Traffic | Transfer from Seg. to Seg. P/Adj. Eff. 5-23-02.lw |
| 06-03-02 | ADJUSTMENT | Date of violation 5-10-02. Guilty of rule 405-DISRESPECT. given 30 days cell restriction from 5-10-02 and 30 days loss of visits and 30 days work detail from 5-13-02.  AW AFFIRMED 5-30-02.   JW |
| 06/11/02 | Disc. Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 06/12/02  Screens 03 & 13 checked. M. Cooper |
| 06-21-02 | ADJUSTMENT | Date of violation 5-17-02. Guilty of 402-OUT OF BOUNDS. Given 60 days seg. from 5-20-02.  AW AFFIRMED  6-13-02.   JW |
| 6-28-02 | Obj. Class | 1. No Change Remain Medium Security. Warden approved on 6-27-02. Inmate notified.lw |

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 07-02-02 | ADJUSTMENT | DAte of violation 5-23-02. Guilty of 102 VIOLENCE TOWARDS INMATES 400-NOT OBEYING A DIRECT ORDER. Given 280 days seg C/S loss of 120 GCC and 13 days cell restriction from May 29, 2002.  AW AFFIRMED 6-27-02.  JW |
| 7-5-02 | Seg Rev. | review on D.HR Jus |
| 8/6/02 | Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 8/7/02 |
| 9/3/02 | Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 9/4/02 |
| 10/1/02 | Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 10/2/02 |
| 10/29/02 | Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 10/30/02  Checked 03 & 13 |
| 11/25/02 | Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 11/26/02  Checked 07ssc18 |
| 12/24/02 | D-Seg Review | No Change Remain Disciplinary Segregation Inmate Notified 12/27/02 |

* RECORDER SIGN NAME OR INITIAL AT END OF ENTRY.

DIVISION OF CORRECTION
INMATE INSTITUTIONAL PROGRESS SHEET

INSTITUTION: Eastern Correctional Institute

NAME: Barnes, Kevin           NUMBER: 238-776

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 1-7-03 | Adjustment Hearing | Date of Infraction: 12-5-02  Date of Hearing: 12-18-02<br>Guilty of Rule (S): 406<br>Sanction: 30 days cell restriction<br>Warden Approved: (Yes) No  1-3-03  YW. |
| 1/22/03 | Seg Review | No Change<br>Remain Disciplinary Segregation<br>Inmate Notified  1/23/03<br>Checked 03813 |
| 2/18/03 | Seg Review | No Change<br>Remain Disciplinary Segregation<br>Inmate Notified  2/19/03 |
| 3-21-03 | Disp. Seg. | 1. Transfer from Disp. Seg. to ECI "G" Pop. Unassigned.<br>Warden approved on 3-21-03. Inmate notified. lw |
| 3/24/03 | Traffic | Move from Seg. to Unassigned, eff.; 3/21/03.  BS. |
| 5/12/03 | Parole | H.O. Polk; CCMSI Cal; S in attendance O'Connell  5/2003 Asher |
| 6-3-03 | | [illegible handwriting] |

*RECORDER SIGN NAME OR INITIAL AT ___ OF ENTRY

| DATE OF ENTRY | SUBJECT TITLE | SUBJECT CONTENT |
|---|---|---|
| 6/4/03 | Reclass | 1. Reclass from Unassigned to JB Dietary.<br>Approved by J. Cummons, CCMM for KSG/AW, eff., 6/3/03.<br>Inmate Notified.   BS. |
| 6/10/03 | OBS | *[handwritten note, largely illegible]* D saw this dte for yearly review — updated program elig. — D given copy of Sum #17   Cal c---II |
| 6/24/03 | Obj. | 1. No change.  REmain Medium 1 security.<br>Approved by J. Cummons, CCMM for R. Kupec, Warden, eff., 6/23/03.<br>Inmate Notified.   BS. |
| 9-17-03 | Traffic | Transfer from JB/Dietary to Ad. Seg. P120 Hr. Eff. 9-16-03.lw |
| 9-25-03 | Admin. Seg. | 1. Transfer from Admin. Seg. 120 Hr. to ECI "G" POp. JB./Dietary. Warden approved on 9-25-03. Inmate notified.lw |

* RECORDER SIGN NAME OR INITIAL AT    OF ENTRY.