Appendix A to ECI Directive 110-5-1aR

### EASTERN CORRECTIONAL INSTITUTION
30420 Revells Neck Road
Westover, MD. 21890

### CELL CHANGE INTERVIEW RECORD

The inmate _Queen Darius_ _____ DOC # _305-181_
claims that he cannot get along with his cell mate, and stated he wanted another cell.

|  | (Inmate Response) | |
|---|---|---|
| I ask this Inmate the following: | | |
| A. Have you been threatened? | Yes _____ | No __✓__ |
| B. Are you in fear for your life? | Yes _____ | No __✓__ |
| C. Do you want Protective Custody? | Yes _____ | No __✓__ |

### ACTION TAKEN:

(   ) Cell mate _____ DOC# _____
placed on Administrative Segregation pending Adjustment results for assault.

(   ) Inmate placed on Administrative Segregation pending classification review for
Protective Custody.

( X ) Inmate _Queen, Darius_ _____ DOC# _305-181_
was returned to his cell. His reason did not merit a cell change, or there was no
documented threat to him.

_[signature]_ _____                    _1/4/02_
Housing Supervisor's Signature                      Date

Refused to sign.
_[signature]_  _Sgt. S. Thomas_ _____          _305-181_
Inmate's Signature                                  DOC#

cc: Inmate Basefile
    File / office

ECI Form 110-5-1aR  (10/95)

EXHIBIT
7

## EASTERN SHORE REGION
### INDIVIDUAL EMPLOYEE'S TIME RECORD FROM:
### DECEMBER 26 2001 TO DECEMBER 24 2002

WARD, DENNIS L.
SSN: 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
DATE OF ENTRY: 2/10/88
INCREASE DUE: 2/10/08

| | Dec 26 / Jan 8 | Jan 9 / Jan 22 | Jan 23 / Feb 5 | Feb 6 / Feb 19 | Feb 20 / Mar 5 | Mar 6 / Mar 19 | Mar 20 / Apr 2 | Apr 3 / Apr 16 | Apr 17 / Apr 30 | May 1 / May 14 | May 15 / May 28 | May 29 / Jun 11 | Jun 12 / Jun 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOTES | A | CT | | CT | √ | | CT | | | CT | A | CT | A |
| | A | CT | .33 | .40 | CT | .35 | 5.03 | .36 | .33 | CT | 4.0 | | .36 |
| | A | .34 | .33 | CT | CT | .30 | .35 | .36 | .30 | CT | .33 | .33 | 1.19 |
| | −3.30 | 1.18 | .34 | .34 | √ / 1 | CT | .34 | .33 | CT | CT | A | .35 | CT 3.18 |
| | | .36 | | | −18.45 | | | .44 | | | | | −19.05 |
| | A | | .34 | .38 | CT | .33 | .34 | 2.42 | .38 | A | .50 | .34 | .33 |
| | H | | .36 | .34 | CT | .34 | .35 | | .33 | A | .32 | .33 | .33 |
| | −.34 | .31 | .35 | CT | .34 | .34 | .35 | CT | .34 | A | CT 2.30 | .33 | .33 |
| | .34 | .31 | .37 | CT 2.30 | .40 | 2.03 | | .35 | 2.04 | A | 2.18 | 1.03 | .35 |
| | .34 | .33 | CT | CT | .40 | 2.04 | −18.0 | .34 | 2.05 | A | 2.04 | .35 | CT 2.28 |
| | | .33 | .34 | | .31 | .42 | .32 | | .35 | | | | |
| | .30 | | .35 | H | .33 | .33 | CT .30 | .30 | √ | H | H | .33 | .35 |
| | .30 | H | | √ | −18.33 | −18.33 | .30 | .34 | −18.33 | A | .33 | CT | .34 |
| HRS THIS PERIOD | 6.17 | 4.36 | 6.11 | 1.58 | 33.54 | 16.40 | 11.51 | 7.20 | 16.05 | | 6.23 | 5.34 | 14.24 |
| CT BALANCE F'WD | 237.55 | 244.12 | 233.48 | 239.59 | 197.21 | 200.44 | 209.24 | 207.48 | 207.08 | 215.13 | 191.13 | 195.06 | 201.18 |
| TOTAL HOURS | | | | | | | | | | | | 190.40 | |
| BASIC HOURS | | | | | | | | | | | | | |
| OT/CT HRS DUE | 248.48 | 248.48 | 237.59 | 231.51 | 231.20 | 217.24 | 221.21 | 215.08 | 223.13 | 216.13 | 197.30 | 200.40 | 207.04 |
| RC/CT HRS USED | 16.0 | 16.0 | 8.0 | 34.30 | 36.34.40 | 8.0 | 13.33 | 8.0 | 8.0 | 2.40 | 2.30 | 8.0 | 5.40 |
| AL BALANCE F'WD | 427.50 | 400.0 | 406.10 | 412.30 | 418.30 | 434.40 | 430.50 | 437.0 | 443.0 | 449.30 | 399.30 | 335.40 | 391.50 |
| AL HRS EARNED | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 |
| AL HRS TOTAL | 434.0 | | | | | | | | | 455.30 | 405.40 | | |
| AL HRS USED | 32.060 | | | | | | | | | 56.0 | 20.0 | | |
| | 499.31 | 504.08 | 462.45 | 457.82 | 461.59 | 466.36 | 471.13 | 480.23 | 485.04 | 486.04 | 489.41 | 498.55 | |
| | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | 4.37 | |
| | | 508.45 / 450.0 | | | | | | | | | | | |
| | | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 | 48.0 |
| | 1 | 2 | | 3 | | | | | | | 4 | | |

EX 8