# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

**101 West Lombard Street**
**Baltimore, Maryland 21201**
**410-962-0946**
**410-962-0868 (Fax)**
**MDD_WDQChambers@mdd.uscourts.gov**

December 9, 2004

TO COUNSEL OF RECORD:

Re: <u>Queen v. Secretary, et al., WDQ-02-3885</u>

Dear Counsel:

At the December 9, 2004 pretrial conference, I set the following schedule. The trial will begin at 9:30 a.m. on June 13, 2005 in the Garmatz Courthouse, Courtroom 3A.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

2004 DEC -9  A 11: 28