**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DARIUS F. QUEEN # 305-181, | * |
|     Plaintiff, | * |
|     v. | *   Civil No. WDQ-02-3885 |
| H.D. WARD | * |
|     Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR ISSUANCE OF WRITS OF
HABEAS CORPUS AD TESTIFICANDUM**

Defendant, H. D. Ward, by his attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Phillip M. Pickus, Assistant Attorney General, moves to have writs of Habeas Corpus Ad Testificandum issued for Maryland Division of Correction inmates Darius Queen (#305-181) and Ellis Lee Hickman (#296-395) for transportation to the United States District Court for the District of Maryland, Baltimore Division, on June 13 and 14, 2005 for the following reasons:

1.    This case is scheduled for trial on June 13 and 14, 2005 before the Honorable William D. Quarles.

2.    Plaintiff, Darius F. Queen, is currently a Maryland DOC inmate housed at the Jessup Pre-Release Unit. His presence is required for trial.

3. Plaintiff and his attorneys have communicated to undersigned counsel that they wish to call Ellis Lee Hickman as a witness in this case. Mr. Hickman is currently a Maryland DOC inmate housed at the Eastern Correctional Institution.

4. Undersigned counsel has filed paper copies of Writs of Habeas Corpus Ad Testificandum for Mr. Queen and Mr. Hickman on today's date. The clerk's office has informed undersigned counsel that these writs have been received.

5. Counsel for plaintiff, Kevin Sullivan, joins in this request.

**WHEREFORE**, it is respectfully requested that this Court issue Writs of Habeas Corpus Ad Testificandum for Darius Queen and Ellis Lee Hickman to be transported to the United States District Court for the District of Maryland, Baltimore Division, on June 13 and 14, 2005.

Respectfully submitted,

J. JOSEPH CURRAN, JR.
Attorney General of Maryland


_____/s/_____
Phillip M. Pickus
Assistant Attorney General
Bar No. 22814

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland  21202
(410) 576-6429 (Telephone)
(410) 576-6880 (Telefax)

Attorneys for Defendant