**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DARIUS F. QUEEN # 305-181, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. WDQ-02-3885 |
| H.D. WARD | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the foregoing Motion for Issuance of Writs of Habeas Corpus Ad Testificandum, it is this \_\_\_\_ day of _____, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that Writs of Habeas Corpus Ad Testificandum shall be issued for Darius Queen (#305-181) and Ellis Lee Hickman (#296-395) to be transported to the United States District Court for the District of Maryland, Baltimore Division, on June 13 and 14, 2005.

_____
Judge William D. Quarles, Jr.
United States District Judge

writmoorder.wpd