IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARIUS F. QUEEN, #305-184

    Plaintiff,           *

v.                                  *      Civil No. WDQ-02-3885

H.D. WARD                      *

    Defendant.          *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## WRIT OF HABEAS CORPUS
## AD TESTIFICANDUM

TO:    United States Marshal, District of Maryland

Warden, Eastern Correctional Institution
30420 Revells Neck Road
Westover, MD 21890

DOC Transportation Unit,
MRDCC,
550 East Madison St.
Baltimore, MD 21202

Greetings:

**YOU ARE HEREBY COMMANDED** to produce the body of **ELLIS LEE HICKMAN, # 296-395,** who is presently in your care, custody, and control, for official proceedings, at the United States Courthouse for the District of Maryland, 101 West Lombard St., Baltimore, MD, 21201, at eight o'clock a.m., of the 13th and 14th days of June, 2005. YOU ARE FURTHER COMMANDED to return the prisoner back to his

original place of incarceration at the conclusion of the proceedings.

Let this writ be issued as prayed this _____ day of _____, 2005.

_____
United States District Judge

Felicia C. Cannon, Clerk

By:_____
Deputy Clerk