IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARIUS F. QUEEN, #305-181

Plaintiff

v.   Civil Action No. 1:02-cv-03885-WDQ

H. D. WARD

Defendant

## INDEX OF EXHIBITS

| Tab | Description |
|---|---|
|  | **Plaintiff's Exhibits** |
| 1 | Plaintiff's Cell Change Interview Record |
| 2 | Kevin Barnes' Cell Change Interview Record |
| 3 | All Cell Change Interview Records from December 2001 to August 19, 2004 |
| 4 | Blank Cell Change Interview Form produced by Lt. Ward |
| 5 | Plaintiff's "Offender Traffic History" Report from ECI |
| 6 | Defendant's time sheets - December 23, 2001 through January 12, 2002 |
| 7 | Kevin Barnes' Inmate Hearing Record – Hearing Officer Decision |
| 8 | Warden's Review and Affirmation of Kevin Barnes' Adjustment Hearing |
| 9 | Kevin Barnes' Institutional inmate Progress Sheets |
| 10 | Plaintiff's Sick-Call Request Slips |
| 11 | Plaintiff's Medical Records<br><br>A. Physician's Orders - 1/16/2002 through 7/12/2002; |

# 275744 ECONDLIN
011852-0001

|    |                                                                                    |             |
|----|------------------------------------------------------------------------------------|-------------|
|    | B. Progress Notes - 2/18/2002 through 2/20/2002;                                   |             |
|    | C. Off-Site Consultation Sheets - 2/8/2002 and 6/17/2002;                          | JUN 1 3 2005 |
|    | D. Medical Diet Referral Form - 2/20/2002                                          |             |
| 12 | ECI Day-Time Duty Roster, January 2, 3, and 4, 2002                                | JUN 1 3 2005 |
| ~~13~~ | ~~Pictures of Plaintiff taken by ECI Employees, dated January 12, 2002~~       |             |
| 14.| Plaintiff's Cell Change Request Slip                                               | JUN 1 3 2005 |
|    | **Defendant's Exhibits**                                                           |             |
| 1. | Kevin Barnes' Notice of Inmate Rule Violation, dated January 13, 2002              | JUN 1 3 2005 |
| 2. | Notice of Incident, dated January 12, 2002                                         | JUN 1 3 2005 |
| 3. | Defendant's Yearly Reviews:                                                        |             |
|    | A. From 10/21/1998 to 2/10/1999                                                    | JUN 1 3 2005 |
|    | B. From 2/10/1999 to 2/10/2000                                                     |             |
|    | C. From 2/10/2000 to 2/10/2001                                                     |             |
|    | D. From 2/2001 to 2/2002                                                           |             |
|    | E. From 2/2002 to 2/2003                                                           |             |
|    | F. From 2/2003 to 2/2004                                                           |             |