## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DARIUS F. QUEEN, #305-181**          *
                                      *
                                      *
    **Plaintiff**                      *
                                      *
     **v.**                          *       **Civil Action No. 1:02-cv-03885-WDQ**
                                      *
**H. D. WARD**                        *
                                      *
    **Defendant**                      *
                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF LENGTHY ATTACHMENT

    The Trial Transcript marked as Exhibit 1 to Plaintiff, Darius F. Queen's Proposed Findings of Fact and Conclusions of Law exists only in paper format and exceeds 15 pages. Thus, it has been filed with the Clerk's Office in paper format.

    On behalf of Darius F. Queen, I hereby certify that on this 12th day of July 2005, a paper copy of the above-described document was delivered to all counsel of record.

                  Respectfully submitted,


                     /s/     Kevin P. Sullivan
                  Paul S. Caiola – Federal Bar No. 23940
                  Kevin P. Sullivan – Federal Bar No. 27506
                  Gallagher Evelius & Jones LLC
                  218 N. Charles Street, Suite 400
                  Baltimore, Maryland 21201
                  (410) 727-7702

                  *Attorneys for Plaintiff Darius F. Queen, #305-181*

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of July, 2005, a copy of the foregoing

Trial Transcript marked as Exhibit 1 to Plaintiff's Proposed Findings of Fact and Conclusions of

Law was delivered, via first-class mail, postage prepaid to:


        Phillip M. Pickus, Esq.
        Office of the Attorney General
        200 St. Paul Place, 19th floor
        Baltimore, Maryland 21202


                /s/
        Kevin P. Sullivan