IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

DARIUS F. QUEEN, #305-181         :

    V.                                :        CIVIL NO. WDQ 02-3885

H.D. WARD                         :

O R D E R

For the reasons stated in the foregoing Memorandum, IT IS this 22nd day of August, 2005, by the United States District Court for the District of Maryland, ORDERED that:

    1. Defendant Lt. Ward=s Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Paper No. 75) BE, and hereby IS, DENIED as moot;

    2. Judgment BE, and hereby IS, ENTERED for the defendant and against the plaintiff;

    3. This case BE, and hereby IS, CLOSED; and

    4. The Clerk of Court transmit copies of this Order and of the foregoing Memorandum to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge